IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAUL M. NDJOKO,<br><br>        Petitioner,<br><br>v.<br><br>ERIC HOLDER, FELICIA SKINNER, JANET NAPOLITANO, and WARDEN of IRWIN COUNTY DETENTION CENTER,<br><br>        Respondents. | Civil Action No. 7:12-CV-164 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 33). Judge Hyles recommends that Respondents' Motion to Dismiss (Doc. 18) be granted.

Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation.

Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objections are overruled. Respondents' Motion to Dismiss (Doc. 18) is granted. Petitioner's Motion to Appoint Counsel (Doc. 2), Motion for an Injunction (Doc. 14), Motion for Temporary Restraining Order (Doc. 15), and Emergency Motion (doc. 24) are all denied as moot.

**SO ORDERED**, this the 31st day of May, 2013.

                                    *s/Hugh Lawson*
                                    **HUGH LAWSON, SENIOR JUDGE**

mbh