IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PAUL M. NDJOKO, | : | |
| Petitioner | : | |
| VS. | : | CASE NO.   7:12-CV-0164-HL |
| ERIC HOLDER, | : | |
| Respondent | : | |

### ORDER

Petitioner **PAUL M. NDJOKO** seeks to appeal this Court's dismissal of his Petition for Writ of Habeas Corpus and has filed a Motion for Leave to Proceed *in forma pauperis* on Appeal (ECF No. 39).   Although the Prison Litigation Reform Act, including the filing fee requirements, does not apply to Petitioner because he is an alien detainee being held in immigration custody, the Federal Rules of Appellate Procedure do apply to him. Cohen v. Zaki, 411 F. App'x 136, 140 (10th Cir. 2011) (citing Andrews v. King, 398 F.3d 1113, 1122 (9th Cir. 2005)); see also Ojo v. INS, 106 F.3d 680, 683 (5th Cir. 1997) ("the PLRA does not bring alien detainees within its sweep"). Under Rule 24, "[a] party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis*  . . .  unless . . . the district court . . . certifies that the appeal is not taken in good faith." Fed. R. App. P. 24(a)(3).

In the Court's best judgment, an appeal from that the Court's Order dismissing the present Petition for Writ of Habeas Corpus cannot be taken in good faith.   Petitioner's Motion to Proceed *in forma pauperis* on appeal is accordingly **DENIED**.

**SO ORDERED,** this 12th day of July, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr